UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X

NEHEMIAH D. ROLLE                                    ORDER OF DISMISSAL

     -against-                                      CV-03-3535 (DRH)

MERYL J. BERKOWITZ
----------------------------------------------------------------------X


      The Court issued an Order to Show Cause on May 24, 2007, directing the plaintiff

to show cause by June 22, 2007 why the case should not be dismissed for failure to serve

defendant with the summons and complaint .

      Notice was given that failure to comply with the Order to Show Cause would result

in the dismissal of the  the case with prejudice.


      Plaintiff has failed to respond to the Court's order dated may 24, 2007.


      IT IS HEREBY ORDERED that  the case is dismissed with prejudice. The Clerk

is directed to close this case.

      SO ORDERED.


                       _____/s/_____
                            DENIS  R. HURLEY
                       United States District Judge

Dated: Central Islip, New York
       July 5, 2007